In the Matter of SAUL KALLMAN, Appellant, against CHARLES GOLD, as Mayor and as Commissioner of Public Works of the City of Long Beach, et al., Respondents.

(Argued April 13, 1936; decided April 28, 1936.)

*Theodore Ornstein* and *Edward Elman* for appellant.

*David B. Tolins, Corporation Counsel,* for respondents.

Order affirmed, with costs; no opinion. (See 271 N. Y. 659.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.